MEMO ENDORSED

# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
———
JEANNETTE BALDASARRE
A. JAMES BELL
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
TALIA HAYNES
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
STEPHANIE SWINTON
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1317

Error! Not a valid embedded object.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **8/31/20**

August 28, 2020

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Re: *United States v. Lionel Moore*, 17Cr274**

Dear Judge Carter,

As the Court is aware I represented Mr. Moore in the above matter and acknowledge receipt of his application for compassionate release.

Please receive this letter as my request seeking appoint pursuant to the Criminal Justice Act to represent him on his application. With the permission of the Court, I also seek to adopt his application and will file any supporting documentation in a supplemental submission.

Thank you in advance for your consideration.

By: _____
A. James Bell, Esq.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
**8/31/20**