Case 1:17-cr-00274-ALC   Document 48   Filed 09/12/20   Page 1 of 1
MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/11/20

# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
———
JEANNETTE BALDASARRE
A. JAMES BELL
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
TALIA HAYNES
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
STEPHANIE SWINTON
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1317

September 9, 2020

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Re:** *United States v. Lionel Moore*, 17Cr274

Dear Judge Carter,

    As the Court is aware, I represent Mr. Moore in his pending application for compassionate release pursuant to 18 USC §3582(c)(1)(A)(i). I am writing seeking a one (1) week extension for counsel to file our reply in support of Mr. Moore's application. While we have received his medical records, additional documents and letters from the family are outstanding. We believe one (1) week is sufficient to secure the records and file our reply. AUSA David Denton advised that the Government takes no position on this request.

Thank you in advance for your consideration.

Regards,

*A. James Bell*
A. James Bell, Esq.

**The application is granted.
So Ordered.**

*Andrew L. Carter* 9/11/20