```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/30/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                **Plaintiff,**

        -against-

**LIONEL MOORE,**

                **Defendant.**

------------------------------------------------------------------- x

**17-CR-274 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Hearing is set for **October 2, 2020** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     **New York, New York**
                **September 30, 2020**

                                        */s/ Andrew L. Carter, Jr.*
                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**