```
                                                USDC SDNY
                                                DOCUMENT ELECTRONICALLY
                                                FILED
UNITED STATES DISTRICT COURT                    DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                   DATE FILED: 10-1-20
```

------------------------------------------------------------- x

UNITED STATES OF AMERICA,  :
                      Plaintiff,  :
                                   :    17-CR-274 (ALC)
   -against-                        :
                                   :    **ORDER**
LIONEL MOORE,  :
                    Defendant.  :

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Telephone Hearing set for **October 2, 2020** is rescheduled to **10:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
            October 1, 2020

                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**