**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**                    :
                                                 :
                **Plaintiff,**    :
                                                 :   **17-CR-274 (ALC)**
      **-against-**                             :
                                                 :   **ORDER**
**LIONEL MOORE,**                                :
                                                 :
               **Defendant.**      :
                                                 :
-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/8/20__

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Hearing set for **October 9, 2020** at **2:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **October 7, 2020**

                                                    _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**