```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-18-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                               Plaintiff,

          -against-                          17-CR-274 (ALC)

LIONEL MOORE,                              **ORDER**

                              Defendant.

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      A Violation of Supervised Release Hearing is set for **March 19, 2024** at **2:30 p.m.**

**SO ORDERED.**

Dated:     New York, New York
             March 12, 2024

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**