**MEMO ENDORSED**

# Angus James Bell, Esq.
30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

August 9, 2024

**Via ECF**
Hon. Andre L. Carter, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/12/24

Re: United States v. Lionel Moore 17Cr274 (ALC)

Dear Judge Carter,

    I am the attorney for Mr. Lionel Moore in the above referenced matter and file this application for a temporary bond modification to authorize his with his wife to Clearwater, Florida to gather with family and friends. If granted, Mr. Moore will travel by plane on August 15th, stay at the Opal Sands Resort in Clearwater (430 S. Gulfview Blvd, Clearwater, FL 33767) and return on August 19th. Additionally, please know that Mr. Moore will check in with Probation before he leaves and once he returns to the District. The Government advised they do not object to this application.

    Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Respectfully submitted,

*-s- AJB*
A James Bell, Esq.

Cc: All counsel, by ecf

The application is **GRANTED**.
So Ordered.

*[Signed] Andre L. Carter*
8/12/24