USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-7-24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

UNITED STATES OF AMERICA

-against-

Lionel Moore

---------------------------------------x

**ORDER**

17CR274
Docket #

Honorable Andrew L. Carter, Jr., **DISTRICT JUDGE:**
Judge's Name

Angus James Bell is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC 3/13/24.

**SO ORDERED.**

Andrew L. Carter Jr.

**UNITED STATES DISTRICT JUDGE**

**Dated: New York, New York**
10/7/24